UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) Plaintiff ) | 1:04-cr-5170 REC |
| ) v. ) | NEW CASE NUMBER: |
| ) RANDOLPH EDWARD STRUBLE, ) | 1:04-cr-5170 OWW |
| ) Defendant ) | ORDER REASSIGNING CASE |
| _____) | |

A petition for violation having been filed by the probation officer as to the above-named defendant;

IT IS HEREBY ORDERED that this case be reassigned from the docket of Judge Robert E. Coyle to the docket of Judge Oliver W. Wanger.

Dated: 6/14/05                            /s/ OLIVER W. WANGER
                                          _____
                                          OLIVER W. WANGER
                                          United States District Judge

1